**NO FEE DUE**
**GOV'T CODE § 6103**

1  RAYMOND G. FORTNER, JR., County Counsel
   ROGER H. GRANBO, Assistant County Counsel
2  TERRY ANNE WOODWARD, Deputy County Counsel
   STATE BAR NO.: 139984
3  648 Kenneth Hahn Hall of Administration
   500 West Temple Street
4  Los Angeles, California 90012-2713
   Telephone: (213) 974-1831
5  Facsimile: (213) 626-2105

JS - 6

6  Attorneys for: COUNTY OF LOS ANGELES; LOS ANGELES COUNTY
   SHERIFF'S DEPARTMENT; Lt. PATRICK, HUNTER; DET. MARK
7  BREWSTER

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ROBERT C. PONCE, SR. AND          CASE NO.CV06-5967 ODW
    MARGARITA S. PONCE                (PLAx)
12
            Plaintiffs,                **[PROPOSED] ORDER RE
13                                     STIPULATION OF DISMISSAL**
         v.
14
    COUNTY OF LOS ANGELES; LOS
15  ANGELES COUNTY SHERIFF'S
    DEPARTMENT; LT. PATRICK B.
16  HUNTER; DETECTIVE MARK
    BREWSTER; AND TEN
17  INDIVIDUAL LOS ANGELES
    COUNTY SHERIFF'S OFFICERS
18  AND/OR SHERIFF'S DEPUTIES,
    IDENTITIES PRESENTLY
19  UNKNOWN AND THEREFORE
    REFERRED TO AS DOES 1
20  THROUGH 10 inclusive,

21          Defendants.

22

23       **GOOD CAUSE** appearing, and based upon the Stipulation of Dismissal, it

24  is hereby ordered that the above action be dismissed in its entirety with prejudice,

25  as to all defendants, including but not limited to, the County of Los Angeles, Los

26

27

28

1 Angeles County Sheriff's Department, Detective Mark Brewster and Lt. Patrick
2 Hunter pursuant to Federal Rules of Civil Procedure 41(a)(1) with each party to
3 bear his/her/its own costs and attorneys fees. All pending dates are off calendar.
4 **IT IS SO ORDERED.**

6 March 20, 2008        By:_____
                           Hon. Otis D. Wright, II
7                          United States District Judge